UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GEORGE VASQUEZ,

        Petitioner,

    v.

LARRY GLOVER, et al.,

        Respondents.

Civil No. 09-2593 (KSH)

<u>O R D E R</u>

For the reasons set forth in this Court's Opinion filed herewith;

IT IS ON THIS 24th day of June, 2010;

ORDERED that petitioner's motion for discovery (docket entry 9), is hereby DENIED.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge